### 30946. JACOBS v. THE STATE.

GARDNER, J. There being a dissent in the division of this court to which this case was originally assigned, the case was considered by the court as a whole, pursuant to the act of the General Assembly approved March 8, 1945 (Ga. L. 1945, p. 232). The controlling question in this case was certified by the court, as a whole, to the Supreme Court.

Under the decision of the Supreme Court, rendered January 17, 1946, it was held: "The statute of limitations approved February 9, 1943 (Ga. L. 1943, p. 245), has no application where the disbarment proceedings are based on conviction for crime involving moral turpitude."

*Judgment affirmed. Broyles, C. J., Sutton, P. J., MacIntyre, Felton and Parker, JJ., concur.*

DECIDED MARCH 14, 1946.

*Howard, Camp & Tiller, Harold Karp,* for plaintiff in error.
*E. E. Andrews, solicitor-general, Durwood T. Pye,* contra.